**Jerome Anthony HOWARD,**
**Petitioner–Appellant,**

v.

**F.W. GREEN, Warden, Respondent–Appellee.**

No. 01–6377.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 9, 2001.

Decided Aug. 15, 2001.

Jerome Anthony Howard, pro se. Thomas Drummond Bagwell, Assistant Attorney General, Richmond, VA, for appellee.

Before NIEMEYER, DIANA GRIBBON MOTZ, and GREGORY, Circuit Judges.

PER CURIAM.

Jerome Anthony Howard seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district

**180**

court's opinion and find no reversible error. Accordingly, we deny Howard's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Howard v. Green,* No. CA–99–1800–AM (E.D. Va. filed Jan. 24, 2001; entered Jan. 25, 2001). In light of our review of the entire record on appeal, we deny Howard's motion for in camera review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*